# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERA HINKEY, on behalf of herself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COACH, INC., a Maryland Corporation; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-01343-JAM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(A) AND TO VACATE PENDING DEADLINES** |

1  Having reviewed the parties' Joint Stipulation to Transfer Venue to the Southern District
2  of New York pursuant to 28 U.S.C. § 1404(a) and to Stay Pending Deadlines, IT IS HEREBY
3  ORDERED that this action is TRANSFERRED to the United States District Court for the
4  Southern District of New York pursuant to 28 U.S.C. § 1404(a).  IT IS FURTHER ORDERED
5  that all deadlines and dates pending in this Court are VACATED pending the transfer.

**IT IS SO ORDERED.**

Dated: 6/22/2016                                    /s/ John A. Mendez
                                                    The Hon. John A. Mendez
                                                    United States District Court Judge